**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-7732**

---

In Re:    LEO HINSON,

                                                    Petitioner.

---

On Petition for Writ of Mandamus
(No. CR-02-120)

---

Submitted: January 19, 2006          Decided:  January 26, 2006

---

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Leo Hinson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leo Hinson petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to modify his term of imprisonment. He seeks an order from this court directing the district court to act. Because the district court has now ruled on Hinson's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED